FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-14-00300-CV

### Trial Court No. P12025

## In the Estate of Rodney Joe Knight, Deceased

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | William N Pedersen |
| Reporter's record | $140.00 | Bill Pedersen |
| Reporter's record | $479.00 | Appellant and Appellee |
| Clerk's record | $211.00 | Bill Pedersen III |
| Motion fee | $10.00 | William N Pedersen |
| Supreme Court chapter 51 fee | $50.00 | Stripling, Pedersen & Floyd |
| Indigent | $25.00 | Stripling, Pedersen & Floyd |
| Required Texas.gov efiling fee | $20.00 | Stripling, Pedersen & Floyd |
| Filing | $100.00 | Stripling, Pedersen & Floyd |
| **TOTAL:** | $1,045.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 4th day of December 2015, A.D.

PAM ESTES, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk